IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-147-RJC-DCK

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|  | ) |   |
| Plaintiff, | ) |   |
|  | ) |   |
| v. | ) | ORDER |
|  | ) |   |
| GLENDA TAYLOR-SANDERS, | ) |   |
|  | ) |   |
| Defendant. | ) |   |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Ex Parte And Under Seal The Affidavit Of W. Kelly Johnson In Support Of Motion To Withdraw As Counsel" (Document No. 23) filed November 24, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Affidavit contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Ex Parte And Under Seal The Affidavit Of W. Kelly Johnson In Support Of Motion To Withdraw As Counsel" (Document No. 23) is **GRANTED**, and the Affidavit (Document No. 24) is sealed until further Order of this Court.

Signed: November 25, 2019

David C. Keesler
United States Magistrate Judge