# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-CR-147-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GLENDA TAYLOR-SANDERS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Leave To File Under Seal The Motion To Withdraw As Counsel And To Stay The Presentence Report Process" (Document No. 36) filed February 24, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Motion To Withdraw As Counsel And To Stay Presentence Report Process contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Leave To File Under Seal The Motion To Withdraw As Counsel And To Stay The Presentence Report Process" (Document No. 36) is **GRANTED**, and the Defendant's Motion To Withdraw As Counsel And To Stay Presentence Report Process (Document No. 35) is sealed until further Order of this Court.

Signed: February 25, 2020

David C. Keesler
United States Magistrate Judge