IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00147-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GLENDA TAYLOR-SANDERS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to stay the sentencing process, (Doc. No. 44), pending resolution of her motion to withdraw her guilty plea, (Doc. No. 43)

**IT IS, THEREFORE, ORDERED**, for good cause shown, that the defendant's motion is **GRANTED**. The parties shall not be obligated to respond to the draft Presentence Report until the motion to withdraw guilty plea is resolved.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: May 26, 2020

Robert J. Conrad, Jr.
United States District Judge