IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00147-RJC-DCK

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GLENDA TAYLOR-SANDERS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, (Doc. No. 53), to reconsider the denial of her motion to withdraw her guilty plea, (Doc. No. 51: Order), and the government's response, (Doc. No. 56).

The United States Court of Appeals for the Fourth Circuit has ruled that neither the federal statutes nor the Rules of Criminal Procedure authorize a motion for reconsideration in a criminal case. United States v. Breit, 754 F.2d 526, 530 (4th Cir. 1985) ("[D]efendant's remedies are limited by the statutes and Federal Rules of Criminal and Appellate Procedure . . ."). Accordingly, the defendant will have the opportunity file a notice of appeal within 14 days after the entry of the judgment. Fed. R. App. P. 4(b)(1)(A)(i). Even if the Court were to consider the merits of the instant motion, the Court would find that the additional alleged facts do not credibly contradict her sworn statements to the magistrate judge at the entry of her guilty plea.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 53), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: August 5, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge