IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00147-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GLENDA TAYLOR-SANDERS | ) | |
| | ) | |

THIS MATTER is before the Court on the defendant's second Motion to Withdraw Guilty Plea, (Doc. No. 60), and the government's Response, (Doc. No. 61).

The defendant now claims that the government breached the plea agreement by asserting that the defendant's previous attempt to withdraw her guilty plea negates acceptance of responsibility and by declaring that it will not move for the additional offense level reduction for acceptance under USSG §3E1.1(b); therefore, she is entitled to withdraw from the plea agreement and proceed to trial. (Doc. No. 20 at 1, 5). Although the defendant cites one portion of the Plea Agreement regarding the government's obligation regarding the third point for acceptance, (Id. at 4), she ignores its clear language stating her attempt to withdraw her plea constitutes a breach of the Plea Agreement, relieving the government of its obligations under the agreement and possibly constituting a failure to accept responsibility, (Doc. No. 27: Plea Agreement ¶¶ 3, 4). Thus, her motion is without merit. See United States v. Under Seal, 902 F.3d 412, 420 (4th Cir. 2018) (defendant's breach of plea agreement entitles government to release from agreement).

**IT IS, THEREFORE, ORDERED** that the Defendant's second Motion to Withdraw Plea, (Doc. No. 60), is **DENIED**.

Signed: September 25, 2020

*[signature]*

Robert J. Conrad, Jr.
United States District Judge